IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIE GILDER, | ) |
| Plaintiff, | ) ) ) |
| | ) C.A. No. 1:20-cv-00924-TMH |
| SALLIE MAE BANK, | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter, having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court being duly advised in the premises, hereby GRANTS said joint stipulation.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the suit filed by Plaintiff Willie Gilder against Defendant Sallie Mae Bank is hereby dismissed in its entirety, with prejudice, with each party to bear his or its own fees and costs.

SO ORDERED this 27th day of January 2022.

_____
Judge, United States District Court for the
District of Delaware

Service will be made electronically on all
ECF-registered counsel of record via
e-mail generated by the Court's ECF system.

49911487.1